# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:　　　　　　　　　　　　　　　　　CASE NO. 6:10-bk-03322-KSJ

**HUDSON'S FURNITURE**　　　　　　　　CHAPTER 11
**SHOWROOM, INC.,**

　　　　Debtor.
_____/

## SUMMARY OF CASE

**HUDSON'S FURNITURE SHOWROOM, INC.**, a Florida corporation ("HFS, Inc.") as debtor[1] and debtor-in-possession, by and through its undersigned counsel, hereby files its Summary of Case, and states as follows:

### I. Description of the Debtors' Business

1.　　On March 3, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Code"); no trustee has been appointed. In addition, on March 5, 2010, nine (9) affiliated or related entities: Hud-One, LLC; Hud-Three, LLC; Hud-Four, LLC; Hud-Six, LLC; Hud-Ten, LLC; Hud-Fourteen, LLC; Hud-Twenty-Two, LLC; Hud-Twenty Four 445 S. Yonge, LLC; and Hud-Twenty-Seven Mason, LLC; (the "HUD, LLC's") (collectively with "HFS, Inc.," the "Debtors") also filed voluntary petitions for relief under Chapter 11. The Debtors have asked for their respective bankruptcy cases to be jointly administered with this Bankruptcy Case as the lead case.

---

[1] This summary will also apply, and be filed in, each of the affiliated and related Debtors whose cases are being filed contemporaneously with this Summary. Those Debtors are Hud-One, LLC; Hud-Three, LLC; Hud-Four, LLC; Hud-Six, LLC; Hud-Ten, LLC; Hud-Fourteen, LLC; Hud-Twenty-Two, LLC; Hud-Twenty Four 445 S. Yonge, LLC; and Hud-Twenty-Seven Mason, LLC.

The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Sections 1101(a) and 1108 of the Code.

2. Since 1982, the HFS, Inc., entity has been engaged in the business of selling furniture to consumers. HFS, Inc., operates a total of twelve (12) showrooms throughout central Florida. HFS, Inc. rents the commercial showroom buildings and improvements from the HUD LLCs, which own the underlying real property. The HUD LLCs are single member, Florida limited liability companies.

3. One (1) affiliated or related party, Hud-Ten, LLC, is a holding company that owns a plane more particularly described as a 2000 Pilatus Model PC-12 (the "Plane"). The Plane is used to assist HFS, Inc., with the operations and marketing of the Debtor's business.

## II. Locations of Debtor's Operations and Whether Leased or Owned

4. The Debtors' businesses and operations are located primarily in central Florida. As described above, the HUD LLCs own various parcels of developed commercial real estate in the central Florida area (the "Real Property"). HFS, Inc. operates and conducts its business in the furniture showrooms which are located on the Real Property. Please see the attached **Exhibit "A"** for a complete description of the Debtors' commercial properties. HFS, Inc. delivers furniture to its customers all over Florida, as well as the Southeast United States.

## III. Reasons for Filing Chapter 11

5. Overall, the decline in the economy, and the furniture sales business, has had a significant impact on the operations of business of HFS, Inc., over the past six (6) months. Due largely to the decrease in sales, HSF, Inc. has had difficultly servicing its debt, including, but not limited to, rent payments to the various HUD LLC entities. As a result, HUD LLCs have fallen behind in paying their mortgages.

6. Due to such circumstances, four related entities filed Chapter 11 on October 13, 2009, and such cases are pending before this Court. The four related Debtors are: Hud-Five, LLC; Hud Twenty-Three Tampa, LLC; Hud Twenty-Five Ocoee, LLC; and A&J Rentals ("Existing Debtors").

7. Ultimately, the Debtors determined that it is in the best interests of all parties to seek reorganization under Chapter 11.

### IV. List of Officers and directors and their salaries and benefits at the time of filing and during the one year prior to filing

8.

| Officer/Director | Monthly Salary at time of filing | Salary one year prior |
|---|---|---|
| C. Fred Hudson - President/Director | $10,000.00 | $48,270.16 |
| Adam C. Hudson - Vice President | $1,000.00 | $16,431.51 |
| Joshua L. Hudson - Vice President | $4,120.00 | $45,836.15 |
| Kimberly Bush - Vice President | $5,000.00 | $69,499.93 |
| Patrick Strong - Vice President | $3,500.00 + comm | $83,622.96 |
| Jim Graves - Vice President | $5,000.00 | $57,565.37 |
| Jacqueline Hughes - Vice President | $5,000.00 | $77,866.69 |

### V. Amounts Owed to Various Classes of Creditors

9. As of the March 3, 2010 and March 5, 2010, Debtors (including the Existing Debtors") were jointly and severally indebted to various lenders (collectively, the "Secured Lenders") as set forth below:

| SECURED LENDER | APPROXIMATE DEBT |
|---|---|
| Wachovia<br>    HFS, Inc.<br>    HUD-LLC's | <br>$6,048,643.91<br>$8,452,553.05 |
| Valley Commercial<br>    HFS, Inc.<br>    HUD-LLC's | <br>$0.00<br>$1,639,305.17 |
| Furniture Brand International<br>    HFS, Inc.<br>    HUD-LLC's | <br>$1,754,406.97<br>$0.00 |
| Compass Bank<br>    HFS, Inc.<br>    HUD-LLC's | <br>$3,072,786.00<br>$0.00 |
| Florida Capital<br>    HFS, Inc.<br>    HUD-LLC's | <br>$3,862,938.55<br>$0.00 |
| GE Commercial Finance<br>    HFS, Inc.<br>    HUD-LLC's | <br>$3,244,157.12<br>$0.00 |
| Regions Bank<br>    HFS, Inc.<br>    HUD-LLC's | <br>$0.00<br>$9,034,306.09 |
| Park National<br>    Existing Debtors | <br>$12,561,541.00 |

10. The Debtors have approximately $1,763,089.89 in non-disputed unsecured debt, approximately $4,364,307.00 in disputed unsecured debt and approximately $2,900,000.00 in customer furniture deposits.

## VI. General description and approximate value of the Debtors' current and fixed assets

11. The Debtors (including Existing Debtors) have approximately $45,158,499.73 in secured debt.

12. The Debtors (including Existing Debtors) have real property consisting of several parcels of property which contain commercial buildings worth approximately $20,000,000.00.

13. Most of the personal property, including inventory, is owned by HFS. As of Petition Date, the Debtors have personal property, furniture, bank accounts, etc., worth approximately $15,944,474.39.

14. Most, if not all, of the revenue is generated by HFS through retail furniture sales. For calendar year end 2009 (ended 12/31/09), the gross revenue for HFS was $41,162,377.40.

## VII. Number of employees and amounts of wages owed as of the Petition Date

15. As of the Petition Date, HFS, Inc. employed 156 people, and all pre-petition wages have been paid prior to the Petition Date. The HUD LLCs have no employees.

## VIII. Anticipated emergency relief to be requested within 14 days from the Petition Date

16. The Debtors will be filing the following emergency motions: (i) cash collateral; (ii) joint administration; (iii) maintenance of pre-petition bank accounts and cash management system; and (iv)

honor customer deposits.

DATED this 5th day of March 2010.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                              CASE NO. 6:10-bk-03322-KSJ

HUDSON'S FURNITURE SHOWROOM,                        CHAPTER 11
INC.,

          Debtor.
_____/

## Certificate of Service

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing **CASE SUMMARY**, has been furnished by either electronic transmission and/or U.S. First Class mail, postage prepaid, to: Hudson's Furniture Showroom, Inc., c/o Cecil F. Hudson III, 3290 West State Road 46, Sanford, FL 32771; the secured creditors and the twenty largest unsecured creditors, as shown on the matrices attached to the original of this summary filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 5th day of March 2010.

                                            /s/ R. Scott Shuker
                                            R. Scott Shuker, Esquire

# EXHIBIT "A"

| HUD Entity Name | Entity Location |
|---|---|
| Hud-One, LLC | 3300 & 3320 W SR 46, Sanford, FL |
| Hud-Three, LLC | 4955 S. Florida Ave., Lakeland, FL |
| Hud-Four, LLC | 3290 W. SR 46, Sanford, FL (Plane) |
| Hud-Six, LLC | 4260 W. New Haven Ave., Melbourne, FL |
| Hud-Ten, LLC | 3290 W. SR 46, Sanford, FL (Plane) |
| Hud-Fourteen, LLC | 9588 S. Orange Blossom Trail, Orlando, FL |
| Hud-Twenty-Two, LLC | 9001 US Highway 19, N. Pinellas Park, FL |
| Hud-Twenty Four 445 S. Yonge, LLC | 445 S. Yonge Street, Ormond Beach, FL |
| Hud-Twenty-Seven Mason, LLC | 1640 Mason Ave., Daytona Beach, FL |
| Hudson's Furniture Showroom, Inc. | 3290 W. SR 46, Sanford, FL |

Hudson's Furniture Showroom, Inc.
20 Largest Unsecured Creditor Matrix
03-03-2010

Action Industries
P.O. Box 536823
Atlanta Georgia 30353

American Drew
22814 Network Place
Chicago, Illinois 60673-1228

Best Chair, Inc.
1195 Solutions Center
Chicago, IL 60677-1001

Bradington Young
920 E. First Street
Chenyville, NJ 28021

Broyhill Furniture
P.O. Box 536753
Atlanta, Georgia 30353

Broyhill Furniture, Ind.
P.O. Box 536753
Atlanta, Georgia 30353

Centro Watt Operating Partnership Two
P.O. Box 933331
Atlanta, Georgia 30384-1587

CP Venture Two, LLC
P.O. Box 281587
Atlanta, Georgia 30384-1587

Developers Diversified
Dept. 108119-40416-00020896
P.O. Box 534414
Atlanta, Georgia 30353

FFVA Mutual Insurance Company
P.O. Box 918292
Orlando, Florida 32819

Glenn Byrne
248 Rosso Drive
Davenport, Florida 33896

Hooker Corp.
P.O. Box 404535
Atlanta, Georgia 30384-4535

Idearc Media Corp.
P.O. Box 619009
DFW Airport, TX 75261-9009

Jennifer Madill
1437 Milledge Lane
Davenport, FL 33896

Leaf Funding, Inc.
P.O. Box 6444006
Cincinnati, OH 45264-4006

Lexington Brands
P.O. Box 751221
Charlotte, NC 28275

Michel Wachter
2371 Eagle Talon Court
Kissimmee, FL 34746

Ryder
P.O. Box 402366
Atlanta, GA 30384-2366

Summit Funding Group
11500 Northlake Drive
Suite 300
Cincinnati, OH 45249

Tropitone
5 Macaroni
Irvine, CA 92618

Hudson's Furniture Showroom, Inc.
Secured Creditor Matrix
03-03-2010

American Drew
22814 Network Place
Chicago, Illinois 60673-1228

Bank of America, N.A.
9000 Southside Blvd.
Bldg. 100
Jacksonville, FL 32256

Best Chair, Inc.
1195 Solutions Center
Chicago, IL 60677-1001

Bradington Young
920 E. First Street
Chenyville, NJ 28021

Broyhill Furniture
P.O. Box 536753
Atlanta, Georgia 30353

Bernhardt Furniture Company
P.O. Box 740
Lenior, NC 28645-0740

Compass Bank
5500 SW College Road
Ocala, FL 34474

Florida Capital Bank
P.O. Box 551390
Jacksonville, FL 32255-1390

Furniture Brands Int'l, Inc.
1 N. Brentwood Blvd.
Clayton, MO 63105

GE Commercial Finance
P.O. Box 402363
Atlanta, GA 30384-2363

La-Z-Boy, Inc.
4310 Regency Dr.
Ste. 1010
Highpoint, NC 27265

Lane Furniture Industries
P.O. Box 1627
Tupelo, MS 38802

Leaf Funding, Inc.
1818 Market Street
9th Floor
Philadelphia, PA 19103

Planned Furniture Promotions
9 Moody Road, Bldg. D
Suites 17-18
Enfield, CT 06082

Republic Bank
1560 S. Renaissance Towne Drive
Suite 260
Bountiful, UT 84010

Summit Funding Group
11500 Northlake Drive
Suite 300
Cincinnati, OH 45249

Suntrust Bank
7455 Chancellor Drive
Orlando, Florida 32809

Suntrust Leasing Corp.
300 East Joppa Road
7th Floor
Towson, MD 21286

TCF Equipment Finance, Inc.
11100 Wayzata Blvd.
Suite 801
Minnetonka, MN 55305

Univest Capital, Inc.
3325 Street Road
Ste. 125
Bensalem, PA 19020

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

Wachovia Bank NA
P.O. Box 740502
Atlanta, GA 30374