B6D (Official Form 6D) (12/07)

In re   **Hudson's Furniture Showroom, Inc.**       ,   Case No.  **6:10-bk-03322-KSJ**
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Action Lane (FBI)**<br>**PO Box 536823**<br>**Atlanta, GA 30353** | | - | 2010<br><br>Trade debt<br><br>Value $    842,187.27 | | | X | 246,117.23 | 0.00 |
| Account No.<br><br>**American Drew**<br>**22814 Network Place**<br>**Chicago, IL 60673-1228** | | - | 2010<br><br>Value $    466,133.85 | | | | 30,511.00 | 0.00 |
| Account No.<br><br>**Lay-Z-Boy, Inc.**<br>**4310 Regency Dr.**<br>**Ste. 1010**<br>**High Point, NC 27265** | | | Additional Notice:<br><br>American Drew<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>**Bernhardt Furniture Company**<br>**PO Box 740**<br>**Lenoir, NC 28645-0740** | | - | 2010<br><br>UCC<br><br>Value $    238,863.72 | | | | 18,891.87 | 0.00 |
|   **3**  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 295,520.10 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hudson's Furniture Showroom, Inc.**             ,            Case No.  **6:10-bk-03322-KSJ**
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Broyhill Furniture (FBI)**<br>**PO Box 536753**<br>**Atlanta, GA 30353** | | - | **2010**<br>**Trade debt**<br><br>Value $ 8,421,875.27 | | | | 1,508,289.61 | 0.00 |
| Account No.<br><br>**Compass Bank**<br>**5500 SW College Road**<br>**Ocala, FL 34474** | | - | **1990**<br>**Mortgage**<br>**SF Warehouse**<br><br>Value $ 6,482,762.00 | | | | 3,072,785.62 | 0.00 |
| Account No.<br><br>**Florida Capital Bank**<br>**PO Box 551390**<br>**Jacksonville, FL 32255-1390** | | - | **2007**<br>**Mortgage**<br>**East 50 location and 684 E. Altamonte**<br>**E 50 ($1,604,000.00)**<br>**E Altamonte ($1,385,483.00)**<br><br>Value $ 2,989,483.00 | | | | 3,862,938.55 | 873,455.55 |
| Account No.<br><br>**GE Commercial Finance**<br>**PO Box 402363**<br>**Atlanta, GA 30384-2363** | | - | **2006**<br>**Mortgage**<br>**Clearwater location**<br><br>Value $ 2,590,000.00 | | | | 3,244,157.12 | 654,157.12 |
| Account No.<br><br>**Lane Furniture Industries**<br>**PO Box 1627**<br>**Tupelo, MS 38802** | | - | **2010**<br>**UCC**<br><br>Value $ 8,421,875.27 | | | | Unknown | Unknown |

Sheet __1__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    11,688,170.90    1,527,612.67

B6D (Official Form 6D) (12/07) - Cont.

In re **Hudson's Furniture Showroom, Inc.**,                          Case No.  **6:10-bk-03322-KSJ**
                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Leaf Funding, Inc.**<br>**1818 Market Street**<br>**9th Floor**<br>**Philadelphia, PA 19103** | | - | **2007**<br><br>**UCC**<br><br><br>Value $  **25,084.54** | | | | **36,748.09** | **11,663.55** |
| Account No.<br><br>**Summit Funding Group, Inc.**<br>**One Northlake Place**<br>**11500 Northlake Drive**<br>**Ste. 300**<br>**Cincinnati, OH 45249** | | - | **2007**<br><br>**UCC**<br><br><br>Value $  **8,284.11** | | | | **25,108.11** | **16,824.00** |
| Account No.<br><br>**SunTrust Leasing Corp.**<br>**300 East Joppa Rd.**<br>**7th Floor**<br>**Towson, MD 21286** | | - | **2007**<br><br>**UCC**<br><br><br>Value $  **19,041.56** | | | | **43,530.08** | **24,488.52** |
| Account No.<br><br>**TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd.**<br>**Ste. 801**<br>**Minnetonka, MN 55305** | | - | **2006**<br><br>**UCC**<br><br><br>Value $  **10,639.00** | | | | **21,546.61** | **10,907.61** |
| Account No.<br><br>**Univest Capital, Inc.**<br>**3325 Street Rd.**<br>**Ste. 125**<br>**Bensalem, PA 19020** | | - | **2008**<br><br>**UCC**<br><br><br>Value $  **6,494.64** | | | | **19,311.02** | **12,816.38** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)        **146,243.91**        **76,700.06**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hudson's Furniture Showroom, Inc.**                                ,           Case No.  **6:10-bk-03322-KSJ**
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**US Express Leasing, Inc.**<br>**10 Waterview Blvd.**<br>**Parsippany, NJ 07054** | - | | **2007**<br>**UCC**<br><br>Value $  **67,519.55** | | | | **148,367.52** | **80,847.97** |
| Account No.<br>**Wachovia Bank NA**<br>**PO Box 740502**<br>**Atlanta, GA 30374** | - | | **Line of Credit**<br><br>Value $  **Unknown** | | | | **8,283,202.75** | **Unknown** |
| Account No.<br>**Wachovia Bank, NA**<br>**PO Box 740502**<br>**Atlanta, GA 30374** | - | | **Mortgage**<br>**9539 S Orange Blossom Trail, Orlando ($747,593.00)**<br>**Sarasota location ($3,094,000.00); and 430 S. Yonge ($1,048,252.00)**<br>Value $  **4,889,845.00** | | | | **6,048,643.91** | **1,158,798.91** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  **3**  of  **3**   continuation sheets attached to                      Subtotal            **14,480,214.18**        **1,239,646.88**
Schedule of Creditors Holding Secured Claims                        (Total of this page)

                                                                                  Total            **26,610,149.09**        **2,843,959.61**
                                                            (Report on Summary of Schedules)