## UNITED STATES BANKRUPTCY
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                    Case No.: 6:10-bk-03322-KSJ

HUDSON'S FURNITURE SHOWROOM, INC.,                        Chapter 11

    Debtor.                                           Jointly Administered with Case
                                                          No. 6:10-bk-03543-KSJ to
                                                          6:10-bk-03549-KSJ
_____/

## MOTION FOR POST-PETITION INTEREST, ATTORNEYS' FEES AND COSTS PURSUANT TO SECTION 506(b) OF THE BANKRUPTCY CODE BY COMPASS BANK

COMES NOW, Compass Bank, by and through its undersigned attorneys, and hereby files this Motion for Post-Petition Interest, Attorneys' Fees and Costs Pursuant Section 506(b) of the Bankruptcy Code, and in support thereof states as follows:

1. These Chapter 11 cases were filed on March 3, 2010 and consolidated pursuant to this Court's Order.

2. No Trustee having been appointed, the Debtors continue to operate as Debtors-in-Possession.

3. Compass Bank filed a Secured Claim in the amount of $3,072,508.21 and hold a First Mortgage against real property owned by Hudson's Furniture Showroom, Inc.

4. The value of the real property has been previously determined in this case to be in excess of $4,000,000.00 and Compass Bank has a fully secured claim.

5. Because Compass Bank is a fully secured creditor, it is entitled to post-petition interest, attorneys' fees and costs pursuant to Section 506(b) of the Bankruptcy Code.

6. Section 506(b) of the Bankruptcy Code provides as follows: "[t]o the extent that an allowed secured claim is secured by property the value of which ... is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement or state statute under which such claim arose." 11 U.S.C. Section 506(b).

7. Compass Bank, therefore, respectfully requests an award from this Court for post-petition interest in the amount of $93,327.44 (per diem interest of $384.06353), post-petition attorneys' fees in the amount of $59,232.00, and post-petition costs in the amount of $9,089.74 through October 31, 2010.

8. Compass Bank reserves the right to amend and/or supplement attorneys' fees and costs and interest incurred subsequent to the date of October 31, 2010 and the Hearing on this Motion.

9. The execution of the Promissory Note and Mortgage contemplated under the Joint Amended Plan of Reorganization as Modified are due on the Effective Date and request for a Hearing on or before that date is requested.

10. It should also be noted that Compass Bank requests an award of post-petition interest pursuant Section 506(b) of the Bankruptcy Code calculated at the Note rate and not the default rate pursuant to its fully secured claim from March 3, 2010 to the Effective Date of the confirmed Joint Plan of Reorganization as Modified.

WHEREFORE, Compass Bank respectfully requests that this Court approve the Motion for Post-Petition Interest, Post-Petition Attorneys' Fees and Costs pursuant to Section 506(b) of the Bankruptcy Code in the total amount of $161,649.18 plus interest, attorneys' fees and costs incurred after October 31, 2010 and for such other relief as is just and proper under the circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished via U.S. Mail and/or electronic transmission to: Hudson Furniture Showroom, Inc., ATTN: President, 3290 West State Road 46 *Debtor*; Scott Shuker, Esquire, Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Ave., Suite 600, Orlando, FL 32801, *attorneys for Debtor*; Kent Beard, Compass Bank, 10060 Skinner Lake Drive, Jacksonville, Florida 32246; and U.S. Trustee - Orlando, ATTN: Miriam Suarez, Esquire, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801, on this 8th day of November, 2010.

        /s/ Richard B. Webber II
Richard Blackstone Webber II, Esquire
Florida Bar No.: 0608394
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Ste. 600  (32801)
P.O. Box 3000
Orlando, FL 32802
(407) 425-7010
Attorneys for Creditor, Compass Bank

RBW/msh